Kimberly A. Reppart, WSBA #30643
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: (206) 689-8500
kreppart@foum.law
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JULIA SMITH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., a Delaware Corporation doing business in Washington,<br><br>Defendant. | No.<br><br>DECLARATION OF KIMBERLY REPPART IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL<br><br>[REMOVED FROM CHELAN COUNTY SUPERIOR COURT CAUSE NO. 21-2-00390-04] |

I, Kimberly A. Reppart, solemnly declare as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters contained in this declaration. I am one of the attorneys retained to represent Defendant Safeway Inc. ("Safeway") in this matter. I submit this Declaration and

DECLARATION OF KIMBERLY REPPART IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL – PAGE 1
CASE NO.
3037331 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

the attached Exhibits in support of Defendant's Notice of Removal of the Plaintiff's state court action to this Court under 28 U.S.C. §§ 1332, 1441 and 1446, et seq.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the confirmation of service of process showing the Complaint was served upon Safeway Inc.'s registered agent on August 4, 2021. Plaintiff's Complaint confirms she is a resident of Chelan County, Washington.

3. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's Complaint as filed in Chelan County Superior Court on July 29, 2021.

4. Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings, LLC. Safeway Inc. is a Delaware corporation with headquarters in Pleasanton, California. Attached as **Exhibit 3** is a printout of the Washington Secretary of State Corporations look-up page for Safeway Inc.

5. Attached as **Exhibit 4** is Plaintiff's Statement of Damages claiming more than $75,000 in damages.

6. Defendant paid to the Clerk of the Court for the Western District of Washington in Tacoma the $400.00 filing fee required by law.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

//

DECLARATION OF KIMBERLY REPPART IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL – PAGE 2
CASE NO.
3037331 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 2nd day of September, 2021 in Seattle, Washington.

FORSBERG & UMLAUF, P.S.

_____
Kimberly A. Reppart, WSBA #30643
Attorney for Defendant

DECLARATION OF KIMBERLY REPPART IN SUPPORT OF
DEFENDANT'S NOTICE OF REMOVAL – PAGE 3
CASE NO.
3037331 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

**EXHIBIT 1**



# Service of Process Transmittal
08/04/2021
CT Log Number 540022774

| | |
|---|---|
| **TO:** | Risk Management Group<br>Safeway Inc.<br>5918 Stoneridge Mall Rd<br>Pleasanton, CA 94588-3229 |
| **RE:** | **Process Served in Washington** |
| **FOR:** | Safeway Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JULIA SMITH, etc., Pltf. vs. SAFEWAY, INC., etc., Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2120039004 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/04/2021 at 13:13 |
| **JURISDICTION SERVED :** | Washington |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/04/2021, Expected Purge Date: 08/09/2021<br><br>Image SOP<br><br>Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com<br><br>Email Notification,  Michael McCue  Michael.McCue@safeway.com<br><br>Email Notification,  Donna Shavers  donna.shavers@albertsons.com<br><br>Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>711 Capitol Way S<br>Suite 204<br>Olympia, WA 98501<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



| | |
|---|---|
| **TO:** | Risk Management Group<br>Safeway Inc.<br>5918 Stoneridge Mall Rd<br>Pleasanton, CA 94588-3229 |
| **RE:** | **Process Served in Washington** |
| **FOR:** | Safeway Inc. (Domestic State: DE) |

Service of Process Transmittal
08/04/2021
CT Log Number 540022774

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT 2**

FILED
'JUL 2 9 2021
Kim Morrison
Chelan County Clerk

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF CHELAN

| | |
|---|---|
| JULIA SMITH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC., a Delaware Corporation doing business in Washington,<br><br>Defendant. | NO. 21-2-00390-04<br><br>COMPLAINT FOR DAMAGES |

COMES NOW the above-named plaintiff, in the above-entitled matter, by and through their attorneys of record, Calbom & Schwab Law Group, PLLC, and for cause of action against the defendant states and alleges as follows:

I. **JURISDICTION AND VENUE**

1.1 JURISDICTION. This claim involves a claim for personal injuries and more than $300.00 is alleged to be in controversy. Accordingly, this court has jurisdiction to hear this matter, pursuant to RCW 2.08.010.

1.2 VENUE. Defendant Safeway Inc. does business in Chelan County. Accordingly, this forum is an appropriate venue, pursuant to RCW 4.12.025.

/

## II. PARTIES

2.1 <u>PLAINTIFF</u>. The Plaintiff, Julia Smith, was at all times material hereto a resident of East Wenatchee, Douglas County, Washington.

2.2 <u>DEFENDANT SAFEWAY, INC.</u>: Upon information and belief, Plaintiff alleges that Defendant, Safeway, Inc. (hereinafter "Safeway"), is a Delaware corporation, headquartered in Pleasanton, California.

2.3 At the time of the events acts, and/or omissions alleged herein, Safeway was doing business in Douglas County and Chelan County, Washington.

2.4 At the time of events, acts, and/or omissions alleged herein, Safeway was subject to personal jurisdiction in Chelan County Superior Court.

## III. FACTS

3.1 Safeway operates a Safeway store located at 510 Grant Road in East Wenatchee, Washington.

3.2 Defendant Safeway has rules for the safety of its employees, and customers for the protection of our communities and the families within our communities.

3.3 These safety rules include keeping its walkways clean and free from potential hazards or warning in an open and obvious manner of any trip hazard existence.

3.4 Ignoring these safety rules, Safeway chooses to stack bundles of wood along the walkway into their store, creating a trip hazard for all who walked past these bundles.

3.5 On October 27, 2020, as a customer passes the bundles of wood in the walkway of the Safeway identified in ¶ 3.1, a bundle dislodges falling into the customer's walk path.

3.6     The customer trips over the dislodged bundle of wood, falling to the ground, impacting her hip on the sidewalk.

3.7     The customer suffers serious injuries as a result of her fall.

3.8     Plaintiff Julia Smith is that customer.

## IV.    CAUSES OF ACTION

4.1     Defendant Safeway owed a duty to all who entered its stores to maintain its premises in a reasonably safe manner to protect customers from dangerous conditions on its premises.

4.2     Defendant Safeway owed a duty to all who entered its stores to remove any hazards from the store walkways and maintain the walkways in a reasonably safe manner.

4.3     Defendant Safeway owed a duty to all who entered its stores to warn of any hazards that existed on its premises.

4.4     Defendant Safeway breached the duties identified in ¶ 4.1, 4.2, and 4.3, which resulted in Plaintiff Julia Smith's fall as described within this complaint.

4.5     Defendant Safeway's breach of the above listed duties proximately caused Plaintiff Julia Smith's injuries and losses as herein alleged.

4.6     Plaintiff Julia Smith is not at fault for the fall identified above.

4.7     Defendant Safeway is at fault for the fall identified above.

## V.    HARM & LOSS

5.1     That the injuries, harm and loss as hereinafter alleged were the direct and proximate result of the negligence of Defendant Safeway.

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851

5.2     That as a direct and proximate result of the fall, Plaintiff Julia Smith sustained injuries which are:

    5.2.1   Severe;

    5.2.2   Permanent and disabling;

    5.2.3   The exact extent of which are unknown.

5.3     That as a further direct and proximate result of the fall, Plaintiff Julia Smith has suffered and will in the future continue to suffer any or all of the following:

    5.3.1   Pain;

    5.3.2   Suffering;

    5.3.3   Inconvenience;

    5.3.4   Mental anguish;

    5.3.5   Disability;

    5.3.6   Emotional Distress; and/or

    5.3.7   Other subjective nonmonetary harms and losses in a degree now unknown, but which will be proven at the time of trial.

5.4     That Plaintiff Julia Smith has incurred past medical expenses that are:

    5.4.1   Reasonable & Necessary;

    5.4.2   For Care & Treatment;

5.4.3 As a proximate result of the injuries sustained in the above-referenced fall.

5.5 That Plaintiff Julia Smith is likely to incur future medical expenses that are:

5.5.1 Reasonable & Necessary;

5.5.2 For Care & Treatment;

5.5.3 As a proximate result of the injuries sustained in the above-referenced fall.

## VI. REQUEST FOR EXPEDITED TRIAL DATE

Pursuant to RCW 4.44.025 Plaintiff requests an expedited trial date as she is currently 85 years of age, turning 86 on September 17, 2021.

## VII. PRAYER OF COMPLAINT

WHEREFORE, Plaintiff prays for judgment against Defendant in such amount as will be proven at trial, including but not limited to permanent disability, pain and suffering, emotional suffering, and loss of enjoyment of life, together with such other and further relief as seems just and proper.

DATED this 27 day of July, 2021.

Respectfully submitted:

CALBOM & SCHWAB LAW GROUP, PLLC

By: _____
G. JOE SCHWAB, WSBA #6656
ASHLEY GROUT, WSBA #44993
COURTNEY L. SOFTICH, WSBA #53573

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 27th day of July 2021.

Respectfully submitted:

CALBOM & SCHWAB LAW GROUP, PLLC

By: _____
G. JOE SCHWAB, WSBA #6656
ASHLEY GROUT, WSBA #44993
COURTNEY L. SOFTICH, WSBA #53573

SUMMONS ON
COMPLAINT FOR DAMAGES

2

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851

**EXHIBIT 3**

# BUSINESS INFORMATION

Business Name:
**SAFEWAY INC.**

UBI Number:
**600 643 518**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**11555 DUBLIN CANYON RD, PLEASANTON, CA, 94588-2815, UNITED STATES**

Principal Office Mailing Address:
**PO BOX 20, CORP TAX DEPT, BOISE, ID, 83726-0020, UNITED STATES**

Expiration Date:
**10/31/2021**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/ Registration Date:
**10/15/1986**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**RETAIL**

# REGISTERED AGENT INFORMATION

Registered Agent Name:
**C T CORPORATION SYSTEM**

Street Address:
**711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES**

Mailing Address:
**711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501-1267, UNITED STATES**

# GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ROBERT | DIMOND |
| GOVERNOR | INDIVIDUAL | | JULIETTE | PRYOR |
| GOVERNOR | INDIVIDUAL | | GREGG | MAXWELL |
| GOVERNOR | INDIVIDUAL | | VIVEK | SANKARAN |
| GOVERNOR | INDIVIDUAL | | GARY | MORTON |

**EXHIBIT 4**

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

# IN AND FOR THE COUNTY OF CHELAN

JULIA SMITH, individually,

Plaintiff,

vs.

SAFEWAY, INC. a Delaware Corporation doing business in Washington,

Defendant.

NO. 21-2-00390-04

PLAINTIFF'S STATEMENT OF DAMAGES

For purposes of complying with RCW 4.28.360, Plaintiff, hereby sets forth special damages and general damages in the above-entitled matter so that the defendant may advise its liability carriers of the potential damages which may be claimed and/or awarded in this case, the following Statement of Damages is provided. This Statement of Damages deals with the statutory damages as of the present time. Facts may well develop during the future progress of the case requiring amendment or change to this statement. The estimates provided in this Statement of Damages are the plaintiffs' attorney's evaluation. Plaintiffs will retain and utilize the services of trained experts deemed necessary to calculate some of the damages estimated below. A jury may decide that the loss suffered by the plaintiffs are an amount lesser or greater than the amount set forth in this statement.

PLAINTIFF'S STATEMENT
OF DAMAGES

1

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851

1. Special Damages:

   a. Past Medical: $72,842.76.

   b. Future Medical: unknown at this time. Discovery has just begun, and the current status of Plaintiff's future medical needs is currently unknown. Plaintiff will supplement this response as more information becomes available.

   c. Past wage loss and future wage loss: Plaintiff was retired at the time of the incident and therefore is not making a past or future wage loss claim.

   d. General damages: For purposes of helping Defendant's insurance company set appropriate reserves, Plaintiffs' counsel estimates general damages at approximately $300,000.

Plaintiff reserves the right to amend this Statement of Damages from time to time as the facts might dictate. The ultimate decision as to what dollar value will be placed on the losses and suffering of the plaintiff and the amount owed to the plaintiff will be made by the jury who decides this case, and this statement may not later be used to limit the jury's ability to award fair compensation. The jury may decide that the debt owed to the plaintiff is a greater or lesser amount than the one set forth in this statement. *Defense counsel is hereby placed on notice that the trier-of-fact may award the plaintiff damages for plaintiff's harms and losses, which may exceed the defendant's policy limits. The defendant should be notified of this possibility and advised to seek counsel independent of you who has been retained for defendant by the defendant's insurance company.*

//

//

PLAINTIFF'S STATEMENT
OF DAMAGES

2

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851

DATED this 10th day of August, 2021.

Respectfully submitted:

CALBOM & SCHWAB LAW GROUP, PLLC

By: _____
G. JOE SCHWAB, WSBA #6656
ASHLEY GROUT, WSBA #44993
COURTNEY L. SOFTICH, WSBA#53573

PLAINTIFF'S STATEMENT
OF DAMAGES

3

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August 2021, I caused the following affixed document to be e-mailed on all parties or their counsel of record on the date above as follows:

Kimberly A. Reppart
Alexandra Ormbsy
Forsberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164

_____
Rebecca Massart, Paralegal
Calbom & Schwab Law Group, PLLC

PLAINTIFF'S STATEMENT
OF DAMAGES

4

Calbom & Schwab Law Group, PLLC
P.O. Drawer 1429
Moses Lake WA 98837
509-765-1851