Kimberly A. Reppart, WSBA #30643
Alexandra E. Ormsby, WSBA #52677
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Telephone: (206) 689-8500
kreppart@foum.law
aormsby@FoUm.law
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| JULIA SMITH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY INC., a Delaware Corporation doing business in Washington,<br><br>Defendant. | No. 2:21-cv-00264<br><br>DEFENDANT SAFEWAY INC.'S ANSWER AND DEFENSES |

Defendant Safeway Inc. answers plaintiff's Complaint for Damages as follows.

## I.    JURISDICTION AND VENUE

1.1    Defendant admits jurisdiction is proper in the United States District Court for the Eastern District of Washington.

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 1
CASE NO. 2:21-cv-00264

3120703 / 824.0096

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1.2    Defendant admits venue is proper in the United States District Court for the Eastern District of Washington.

## II.    PARTIES

2.1    Defendant lacks sufficient information to either affirm or deny the allegations in paragraph 2.1 of plaintiff's Complaint and therefore denies the same.

2.2    Admit.

2.3    Admit.

2.4    Admit.

## III.    FACTS

3.1    Admit.

3.2    Admit Safeway has duties in accordance with statutory and common law.  The remaining allegations in paragraph 3.2 of plaintiff's Complaint contain legal conclusions that do not require a written response.  To the extent a response is required, plaintiff's allegations are vague.  Safeway lacks sufficient information to either affirm or deny such allegations and therefore denies the same.

3.3    Admit Safeway has duties in accordance with statutory and common law.  The remaining allegations in paragraph 3.2 of plaintiff's Complaint contain legal conclusions that do not require a written response.  To the extent a response is

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 2
CASE NO. 2:21-cv-00264

3120703 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

required, plaintiff's allegations are vague. Safeway lacks sufficient information to either affirm or deny such allegations and therefore denies the same.

    3.4    Deny.

    3.5    Admit plaintiff was present at the Safeway store in East Wenatchee on October 27, 2020. Safeway lacks sufficient information to either affirm or deny the remaining allegations in paragraph 3.5 of plaintiff's Complaint and therefore denies the same.

    3.6    Deny.

    3.7    Deny.

    3.8    Admit plaintiff is the party asserting allegations against Safeway.

## IV.   CAUSES OF ACTION

    4.1    Admit Safeway has duties in accordance with statutory and common law. Deny remaining factual allegations.

    4.2    Admit Safeway has duties in accordance with statutory and common law. Deny remaining factual allegations.

    4.3    Admit Safeway has duties in accordance with statutory and common law. Deny remaining factual allegations.

    4.4    Deny.

    4.5    Deny.

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 3
CASE NO. 2:21-cv-00264

3120703 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

4.6   Deny.

4.7   Deny.

## V.   HARM AND LOSS

5.1   Deny.

5.2   Deny allegations in paragraphs 5.2.1 – 5.2.3.

5.3   Deny allegations in paragraphs 5.3.1 – 5.3.7.

5.4   Deny allegations in paragraphs 5.4.1 – 5.4.3.

5.5   Deny allegations in paragraphs 5.5.1 – 5.5.3.

## VI.   REQUEST FOR EXPEDITED TRIAL DATE

Section VI. of plaintiff's Complaint contains statements which do not require a written response. To the extent a response is required, Safeway denies any factual allegations pertaining to the incident complained of.

## VII.   PRAYER OF COMPLAINT

Safeway denies plaintiff is entitled to the relief requested in her Prayer of Complaint.

## OMNIBUS DENIAL

Defendant denies any unanswered allegations in plaintiff's Complaint.

## DEFENSES

Defendant asserts the following defenses:

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 4
CASE NO. 2:21-cv-00264

3120703 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1. Plaintiff's damages may have been caused, in whole or in part, by plaintiff's own comparative fault and/or assumption of the risk.

2. Plaintiff may have failed to mitigate her damages.

3. Plaintiff's damages may have been caused, in whole or in part, by parties over whom this answering defendant has no control, including plaintiff. Defendant may be entitled to and requests an allocation of fault pursuant to RCW 4.22.070 and contribution and/or indemnification from any other liable party and/or non-party pursuant to RCW 4.22.040. Discovery is ongoing.

4. Defendant may be entitled to an offset and/or setoff for any amounts paid to or on behalf of plaintiff.

## RESERVATIONS

Defendant reserves the right to assert defenses and/or amend this answer by adding third-party complaints, cross-claims, or counterclaims as additional facts are learned through discovery.

## PRAYER FOR RELIEF

Defendant requests the following relief:

1. That the Complaint be dismissed with prejudice and without taxable costs, and fees awarded to defendant;

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 5
CASE NO. 2:21-cv-00264

3120703 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

2. That defendants' Answer be amended to conform to proof offered at the time of trial;

3. That the Court allocate fault consistent with RCW 4.22; and

4. For such other and further relief as the Court may deem just and proper.

DATED this 14th day of December, 2021.

>FORSBERG & UMLAUF, P.S.
>
>By:_____
>Kimberly A. Reppart, WSBA #30643
>Alexandra E. Ormsby, WSBA #52677
>Attorneys for Defendant Safeway Inc.

DEFENDANT SAFEWAY INC,'S ANSWER AND DEFENSES – PAGE 6
CASE NO. 2:21-cv-00264

3120703 / 824.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX